1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff, NATIVIDAD GUTIERREZ

6  Michael J.F. Smith, #109426
   **Michael J.F. Smith, A Professional Corporation**
7  1391 West Shaw Avenue, Suite D
   Fresno, California 93711
8  (559) 229-3900
   Fax: (559) 229-3903
9
   Attorneys for: Defendants, JOHN S. SUN AND JANE V. SUN,
10 TRUSTEES OF THE GUNNHI HOLDING
   TRUST; CHRISTOPHER S. SUN, TRUSTEE
11 OF THE LOS ALTOS HOLDING TRUST

12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16  NATIVIDAD GUTIERREZ,              )  No. 1:13-CV-01818-AWI-GSA
                                      )
17              Plaintiff,            )  **STIPULATION TO CONTINUE**
                                      )  **DISCOVERY DATES; ORDER**
18       vs.                          )  **THEREON**
                                      )
19  PEDRO FALCON, aka PEDRO FALCON    )
    MARQUEZ, dba CARNICERIA Y         )
20  TAQUERIA LOS COMPADRES, et al.,   )   Trial Date: July 14, 2015
                                      )
21                                    )
                Defendants.           )
22                                    )
                                      )
23                                    )
                                      )
24  _____  )

25       **WHEREAS,** on February 13, 2014, the Court issued the Scheduling Order in this

26  matter which Scheduling Order set a fact discovery cut-off date of September 26, 2014, an

27  expert disclosure date of October 3, 2014, a rebuttal expert disclosure date of October 17,

28  2014, an expert discovery cut-off date of December 12, 2014, and a non-dispositive filing

1  deadline of December 19, 2014 (Dkt. 15);

2  **WHEREAS,** a settlement conference in this matter is scheduled for September 15,
3  2014, and the parties hereto are hopeful a settlement can be reached at the conference which
4  would obviate the need to expend unnecessary fees and incur unnecessary costs resolving
5  discovery disputes, taking depositions, and engaging in expert discovery, which deadlines are
6  imminent;

7  **WHEREAS,** at the August 26, 2014 informal discovery conference, the Court ordered
8  the parties to submit a stipulation and proposed order continuing discovery date(s) (Dkt. 26);

9  **WHEREAS,** an order continuing the fact discovery cut-off date to November 10, 2014,
10 the expert disclosure date to November 17, 2014, the rebuttal expert disclosure date to
11 November 24, 2014, the expert discovery cut-off date to December 19, 2014, and the non-
12 dispositive filing deadline to December 29, 2014 would not affect the February 13, 2015
13 dispositive filing deadline nor the pre-trial or trial dates.

14 **NOW, THEREFORE**, Plaintiff, Natividad Gutierrez, and Defendants, John S. Sun and
15 Jane V. Sun, Co-Trustees of the Gunnhi Holding Trust, Dated June 15, 2004; and Christopher
16 S. Sun, Trustee of the Los Altos Holding Trust, Dated June 15, 2004 hereby stipulate to
17 continue the discovery dates set forth in the Scheduling Order as follows:

18

19

| **Event** | **Current Date** | **Proposed Date** |
|-----------|------------------|-------------------|
| Fact Discovery Cut-Off | September 26, 2014 | November 10, 2014 |
| Expert Disclosure | October 3, 2014 | November 17, 2014 |
| Rebuttal Expert Disclosure | October 16, 2014 | November 24, 2014 |
| Expert Discovery Cut-Off | December 12, 2014 | December 19, 2014 |
| Non-Dispositive Mtn. Filing Deadline | December 19, 2014 | December 29, 2014 |

25 ///
26 ///
27 ///
28 ///

1    **IT IS SO STIPULATED**.

2

3    Dated: August 26, 2014                    MOORE LAW FIRM, P.C.

4

5                                              */s/ Tanya E. Moore*_____
                                              Tanya E. Moore
6                                              Attorneys for Plaintiff,
                                              NATIVIDAD GUTIERREZ
7

8

9                                              */s/ Michael J.F. Smith*_____
                                              Michael J.F. Smith
10                                             Attorney for JOHN S. SUN AND JANE V. SUN,
                                              TRUSTEES OF THE GUNNHI HOLDING
11                                             TRUST; CHRISTOPHER S. SUN, TRUSTEE
                                              OF THE LOS ALTOS HOLDING TRUST
12

13                            **ORDER**

14          The Parties herein having so stipulated, and good cause appearing,

15          **IT IS HEREBY ORDERED** that the dates set forth in the Scheduling Order (Dkt. 15)

16   are hereby amended as follows:

17   | **Event** | **Current Date** | **New Date** |
     | --- | --- | --- |
18   | Fact Discovery Cut-Off | September 26, 2014 | November 10, 2014 |
19   | Expert Disclosure | October 3, 2014 | November 17, 2014 |
20   | Rebuttal Expert Disclosure | October 16, 2014 | November 24, 2014 |
21   | Expert Discovery Cut-Off | December 12, 2014 | December 19, 2014 |
22   | Non-Dispositive Mtn. Filing Deadline | December 19, 2014 | December 29, 2014 |

23          All other dates in the Scheduling Order remain unchanged.

24

25   IT IS SO ORDERED.

26
     Dated:   __**August 26, 2014**__          _____**/s/ Gary S. Austin**____
27                                             UNITED STATES MAGISTRATE JUDGE

28

STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE; [PROPOSED] ORDER