# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>PEDRO FALCON, aka PEDRO FALCON MARQUEZ, dba CARNICERIA Y TAQUERIA LOS COMPADRES, et al.,<br><br>  Defendants. | No. 1:13-cv-01818-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants John S. Sun, Co-Trustee of the Gunnhi Holding Trust, dated June 15, 2004; Jane V. Sun, Co-Trustee of the Gunnhi Holding Trust, dated June 15, 2004; and Christopher S. Sun, Trustee of the Los Altos Holding Trust, dated June 15, 2004, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 2, 2014                MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff,
                                     Natividad Gutierrez

///

MICHAEL J.F. SMITH, A PROFESSIONAL CORPORATION

*/s/ Michael J.F. Smith*
Michael J.F. Smith
Attorneys for Defendants,
John S. Sun, Co-Trustee of the Gunnhi Holding Trust, dated June 15, 2004; Jane V. Sun, Co-Trustee of the Gunnhi Holding Trust, dated June 15, 2004; and Christopher S. Sun, Trustee of the Los Altos Holding Trust, dated June 15, 2004

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   October 2, 2014                              _____
                                                                           SENIOR DISTRICT JUDGE